*March 31, 1936.*

DERFUS, Appellant, vs. LANDT and others, Defendants: PFUND, Respondent.

For the appellant: *Krugmeier & Witmer* of Appleton.
For the respondent: *Fox & Fox* of Chilton.

*By the Court.*—Judgment affirmed.

MOE BROTHERS MANUFACTURING COMPANY, Appellant, vs. PAOLI, Defendant: ELECTRIC MOTORS CORPORATION, Respondent.

For the appellant: *Bender, Trump & McIntyre,* attorneys, and *Werner J. Trimborn* and *David G. Owen, Jr.,* of counsel, all of Milwaukee.

For the respondent: *Simmons, Walker, Wratten & Sporer* of Racine.

*By the Court.*—Order affirmed.

WILL OF NIEFT: NIEFT and others, Appellants, vs. NIEFT, Respondent.

For the appellants: *C. G. Cannon* of Appleton.
For the respondent: *McGillan, Alk, Kresky & Cohen* of Green Bay.

*By the Court.*—Judgment affirmed.